ACCEPTED
15-25-00193-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
12/22/2025 11:45 AM
CHRISTOPHER A. PRINE
CLERK

NO. 15-25-00193-CV

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
12/22/2025 11:45:56 AM
CHRISTOPHER A. PRINE
Clerk

# IN THE COURT OF APPEALS FOR THE FIFTEENTH DISTRICT OF TEXAS

SERVPRO INDUSTRIES, LLC,

*Appellant*

v.

REED GASKIN AND BRITTANY GASKIN

*Appellees*

## ON APPEAL FROM THE 453RD JUDICIAL DISTRICT COURT OF HAYS COUNTY, TEXAS

## *UNOPPOSED* MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S REPLY BRIEF

TO THE HONORABLE JUSTICES OF THE FIFTEENTH COURT OF APPEALS:

Pursuant to Texas Rules of Appellate Procedure 10.5(b) and 38.6(d), Appellant Servpro Industries, LLC ("Appellant") files this *Unopposed* Motion for Extension of Time to File Appellant's Reply Brief, and in support thereof, Appellant would respectfully show the Court the following:

### REQUEST FOR EXTENSION

1. The Court has the authority under Texas Rule of Appellate Procedure 38.6(d) to extend the time for filing the Appellant's Brief. TEX. R. APP. P. 38.6(d).

2. The current deadline for Appellant to file its Brief is December 31, 2025. Appellant requests a twenty-one (21) day extension to file its Reply Brief, which would extend the deadline to January 21, 2026. This is Appellant's first request for additional time to file its Reply Brief.

3. Appellant requires additional time to file its Reply Brief due to the upcoming holiday season with preplanned vacation. Also, Appellant's counsel has been substantially involved in litigating multiple cases, which has required attending several mediations, responding to dispositive motions, drafting dispositive motions at the trial court level, attending hearings, and preparing for and taking depositions. As a result, Appellant's counsel requires additional time to prepare a Reply Brief that will be helpful to the Court in deciding this appeal.

4. This request for additional time is not sought for delay, but only so that justice may be done.

5. These facts are within the personal knowledge of the undersigned counsel. Therefore, a verification is not necessary. TEX. R. APP. P. 10.2(c).

**CONCLUSION**

For these reasons, Appellant respectfully requests that the Court grant this Unopposed Motion for Extension of Time to File Appellant's Reply Brief and enter an order extending Appellant's deadline to file its Reply Brief to January 21, 2026 and granting Appellant with any other relief to which it is entitled.

Respectfully submitted,

SERPE ANDREWS, PLLC


By: *Christopher D. Knudsen*
　　 Christopher D. Knudsen
　　 Texas Bar No. 24041268
　　 cknudsen@serpeandrews.com
2929 Allen Parkway, Suite 1600
Houston, Texas 77019
Telephone: (713) 452-4400
Facsimile: (713) 452-4499

*Attorneys for Appellant, Servpro*
*Industries, LLC*

## CERTIFICATE OF CONFERENCE

I hereby certify that I have conferred with Appellees' counsel regarding the relief requested in this motion, and he is unopposed.

*Christopher D. Knudsen*
Christopher D. Knudsen


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument has been forwarded to all known counsel of record in accordance with the Texas Rules of Appellate Procedure on December 22, 2025.

*Christopher D. Knudsen*
Christopher D. Knudsen

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Kimberly Palmer on behalf of Christopher Knudsen
Bar No. 24041268
kpalmer@serpeandrews.com
Envelope ID: 109361910
Filing Code Description: Motion
Filing Description: UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLANT???S REPLY BRIEF
Status as of 12/22/2025 12:19 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Christopher Knudsen | | cknudsen@serpeandrews.com | 12/22/2025 11:45:56 AM | SENT |
| Kimberly Palmer | | kpalmer@serpeandrews.com | 12/22/2025 11:45:56 AM | SENT |
| Lawrence chang | | Law.Chang@choateaustin.com | 12/22/2025 11:45:56 AM | SENT |
| Lawrence Chang | | Law.Chang@choateaustin.com | 12/22/2025 11:45:56 AM | SENT |
| James Rudnicki | | james@brstexas.com | 12/22/2025 11:45:56 AM | SENT |
| Roel Garcia | | rgarcia@brstexas.com | 12/22/2025 11:45:56 AM | SENT |
| Jennifer Taylor | | jtaylor@brstexas.com | 12/22/2025 11:45:56 AM | SENT |
| Christopher Johnson | | chris@johnson-attorneys.com | 12/22/2025 11:45:56 AM | SENT |
| Jordan Corn | | jordan@johnson-attorneys.com | 12/22/2025 11:45:56 AM | SENT |
| Jo Silva | | jsilva@hlflaw.net | 12/22/2025 11:45:56 AM | SENT |